# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

June 29, 2016

*By the Court*:

| | |
|---|---|
| JOSEPH LOMBARDO,<br>      Petitioner-Appellant,<br><br>No. 15-2860        v.<br><br>UNITED STATES OF AMERICA,<br>      Respondent-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:15-cv-01038<br>]<br>] James B. Zagel,<br>]    Judge. |

Pursuant to this court's order of June 13, 2016, **IT IS ORDERED** that Brian J. Murray, JONES DAY, 77 W. Wacker, Chicago, Illinois 60601, is appointed to represent petitioner-appellant Joseph Lombardo pursuant to the provisions of the Criminal Justice Act. Counsel is directed to contact the petitioner-appellant immediately.

Briefing shall proceed as follows:

1. Petitioner-appellant shall file his brief and required short appendix on or before September 27, 2016.

2. Respondent-appellee shall file its brief on or before October 27, 2016.

3. Petitioner-appellant shall file his reply brief, if any, on or before November 10, 2016.

Important Scheduling Notice !

Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).